In the Matter of the Accounting of HARRY B. HOLLINS et al., as Executors of CONSUELO, DOWER DUCHESS OF MANCHESTER, Deceased, Respondents.

MABEL, COUNTESS OF ZICHY, Appellant.

(Submitted September 28, 1914; decided October 6, 1914.)

MOTION to amend remittitur.   (See 212 N. Y. 567.)

Motion granted, costs to be payable to executors, respondents, out of the estate.

---

JUSTUS N. WILLIAMS, Respondent, *v.* MOUNT MORRIS STORAGE COMPANY et al., Appellants.

(Submitted September 28, 1914; decided October 6, 1914.)

Motion to amend remittitur denied, with ten dollars costs.   (See 210 N. Y. 620.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORNELIUS G. HAYES, Appellant, *v.* RHINELANDER WALDO, as Commissioner of the Police Department of the City of New York, et al., Respondents.

(Submitted September 28, 1914; decided October 6, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 212 N. Y. 156.)